```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0112--CR (JWS)
                       "USA V PUIPUIA ALAELUA"
                       DEF 1.1 ALAELUA, PUIPUIA

In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 11/21/02
              Closed: 06/02/03
  No. of Defendants: 1
      MJ Case Number:
                 AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Kevin F. McCoy
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Kevin Feldis
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial
```

Counts re: DEF 1.1 ALAELUA, PUIPUIA

| Document | Count | Citation and Description | Disposition |
| --- | --- | --- | --- |
| 1 - 1 IND | 1 | 18:1951(a) INTERFERENCE WITH COMMERCE BY ROBBERY (F) | Sentenced (83-1) |
| 1 - 1 IND | 2 | 18:924(c)(1)(A)(i), (c)(1)(A)(ii) BRANDISHING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE (F) | Sentenced (83-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CRIMINAL DOCKET ENTRIES FOR CASE A02-0112--CR (JWS)
                      "USA V PUIPUIA ALAELUA"

             In public format, for all filing dates
```

```
 Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
           Filed: 11/21/02
          Closed: 06/02/03
No. of Defendants: 1
```

```
Document #   Filed       Docket text

     1 -   1  11/21/02   [Re: DEF 1] PLF 1 Indictment.

  NOTE -   1  11/22/02   [Re: DEF 1] Issued WOA.

     2 -   1  11/22/02   [Re: DEF 1] AHB Grand Jury Minutes; WOA; det per 18:3142.

  NOTE -   2  11/27/02   [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/27/02.

     3 -   1  12/02/02   [Re: DEF 1] Return of WOA executed on 11/27/02 at Anchorage, AK.

     4 -   1  12/02/02   [Re: DEF 1] Financial Affidavit.

     5 -   1  12/02/02   [Re: DEF 1] AHB Order regarding preparation for trial; ptms due
                         12/12/02.  cc: USA, FPD

     6 -   1  12/02/02   [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set 12/3/03
                         at 3:30 p.m.  cc: USA, FPD, USM, PO

     7 -   1  12/02/02   [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] of arr on Indt (held
                         11/27/02); FPD appointed; def plead not guilty to cts 1-2; ptms due
                         12/12/02; def detained; det hrg set 3:30 p.m., 12/3/02; def cnsl
                         unavailable 12/21/02 - 1/02/03; govt cnsl unavailable 1/10/03 - 1/21/03.
                         cc: USA, FPD, USM, PO

     8 -   1  12/03/02   [Re: DEF 1] PLF 1 Discovery conference certificate.

  NOTE -   3  12/05/02   Issued: Notice of Speedy Trial Act ddlns to JWS.  cc: CMC

     9 -   1  12/05/02   [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, FPD, USM, PO

    10 -   1  12/06/02   [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] of bail hrg (held
                         12/03/02; def's request for release DENIED; det cont w/att wit/exh list.
                         cc: USA, FPD, USM, PO

    11 -   1  12/10/02   [Re: DEF 1] JWS Minute Order setting FPTC for 02/03/03 at 8:30 a.m. and
                         TBJ for 02/03/03 at 9:00 a.m.. cc: USA, FPD, USM, USPO, MJ Branson, JC

    12 -   1  12/26/02   DEF 1 motion on shortened time to accept pretrial motion as late-filed
                         w/att  aff, prop mot to suppress and req for evid hrg.

    13 -   1  12/27/02   [Re: DEF 1] AHB Order granting motion on shortened time to accept
                         pretrial motion as late-filed (12-1); response to mot to suppress due
                         1/3/03; evident hrg set for 1/8/03 at 10:00 a.m. cc: USA, FPD, USM, USPO

    14 -   1  12/27/02   DEF 1 motion to suppress evidence w/att memo, aff & exhs.

    15 -   1  12/27/02   DEF 1 motion (request) for an evidentiary hearing.

    16 -   1  12/27/02   DEF 1 motion to compel disclosure of information related to the motive,
                         bias and intest of government witness D. Pulu w/att memo.
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0112--CR (JWS)
                              "USA V PUIPUIA ALAELUA"

                        In public format, for all filing dates

Document #    Filed      Docket text

  17 -    1  01/03/03   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence
                        (14-1).

  18 -    1  01/03/03   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to compel disclosure of
                        information related to the motive, bias and intest of government witness
                        D. Pulu (16-1).

  19 -    1  01/06/03   DEF 1 reply to opposition to DEF 1 motion to suppress evidence (14-1)
                        w/att exh.

  20 -    1  01/06/03   DEF 1 Notice (application) to used DEPS at mot to suppress evid hrg.

  21 -    1  01/07/03   [Re: DEF 1] AHB Order denying motion to compel disclosure of information
                        related to the motive, bias and in (16-1).  cc: USA, FPD

  22 -    1  01/07/03   Initial R&R recommends GRANTING IN PART and DENYING W/O PREJUDICE as
                        stated re: DEF 1 motion to suppress evidence (14-1); Objections due
                        01/17/03. Reply due 01/27/03. cc: USA, FPD, Judge Sedwick

  23 -    1  01/07/03   [Re: DEF 1] AHB Minute Order that in light of govt's non-opposition to
                        suppression of use of def's statements in its case-in-chief and this
                        crt's R&R crt has determined that evid hrg is not necessary; 1/8/03 evid
                        hrg is VACATED.  cc: USA, FPD, USM, PO

  24 -    1  01/10/03   DEF 1 motion for clarification and or discovery of def's undisclosed
                        statements to law enforcement (on shortened time) w/att exhs.

  25 -    1  01/13/03   [Re: DEF 1] AHB Order that hrg re: mot for clarification (24-1) is set
                        10:00 a.m., 1/14/03.  cc: USA, R. Butler, USM, PO

  26 -    1  01/14/03   [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] re hrg re mot for
                        clarifiaction hld 1/14/03; denying as moot motion for clarification
                        (24-1). cc: USA, FPD

  27 -    1  01/23/03   [Re: DEF 1] PLF 1 motion on shortened time to continue trial date w/att
                        exh.

  28 -    1  01/23/03   [Re: DEF 1] PLF 1 Declaration re: [Re: DEF 1] PLF 1 motion on shortened
                        time to continue trial date (27-1).

  29 -    1  01/23/03   [Re: DEF 1] JWS Minute Order granting/denying motion to suppress
                        evidence (14-1). cc: USA, FPD, MJ Branson

  30 -    1  01/23/03   [Re: DEF 1] JWS Minute Order that def oppo or non-oppo due 1/29/03; no
                        reply due unless requested by crt. cc: USA, FPD

  31 -    1  01/24/03   [Re: DEF 1] AHB Order of excludable delay re: mot on shortened time to
                        file ptms (12-1) from 12/26/02 to 12/27/02 (2 days; Code E).

  32 -    1  01/24/03   [Re: DEF 1] JWS Order of excludable delay re: mot to suppress at dkt 14
                        from 12/27/02 to 1/23/03 (28 days; under code E).

  33 -    1  01/24/03   [Re: DEF 1] PLF 1 Application to use digital evidence presentation
                        system at trial.

  34 -    1  01/27/03   [Re: DEF 1] PLF 1 motion on shortened time requesting prompt ruling on
                        government's motion to continue trial w/att aff.


ACMS: R_RDSDI              As of 03/07/06 at 1:01 PM by LINDA                        Page 2
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A02-0112--CR (JWS)
                               "USA V PUIPUIA ALAELUA"

                         In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 35 - 1 | 01/27/03 | {SEALED} |
| 36 - 1 | 01/27/03 | [Re: DEF 1] JWS Minute Order granting mot on shortened time requesting prompt ruling on govt's mot to continue trial (34-1). cc: USA, FPD |
| 37 - 1 | 01/27/03 | {SEALED} |
| 38 - 1 | 01/27/03 | DEF 1 Proposed Jury Instructions. |
| 39 - 1 | 01/27/03 | DEF 1 Proposed Voir Dire. |
| 40 - 1 | 01/27/03 | [Re: DEF 1] PLF 1 Proposd Jury Instructions. |
| 41 - 1 | 01/27/03 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 42 - 1 | 01/27/03 | [Re: DEF 1] PLF 1 Trial Brief. |
| 43 - 1 | 01/29/03 | DEF 1 suppl opposition to [Re: DEF 1] PLF 1 motion on shortened time to continue trial date (27-1) w/att aff and exh. |
| 44 - 1 | 01/29/03 | DEF motion on shortened time to preclude expert testimony by Abirimi Chidambaram. |
| 45 - 1 | 01/29/03 | PLF 1 opposition (supplemental declaration of counsel) on shortened time to DEF 1 motion on shortened time to preclude expert testimony by Abirimi Chidambaram (44-1). |
| 45 - 2 | 01/29/03 | [Re: DEF 1] PLF 1 reply (further support of) PLF 1 motion on shortened time to continue trial date (27-1). |
| 33 - 2 | 01/30/03 | [Re: DEF 1] JWS Order granting appl to use DEPS for trial. cc: USA, FPD, Systems |
| 46 - 1 | 01/30/03 | [Re: DEF 1] JWS Minute Order granting mot on shortened time to continue trial date (27-1); TBJ cont to 2/27/03 at 9:00 a.m. and FPTC cont to 2/27/03 at 8:30 a.m.; terminating in light of this ord: mot on shortened time to preclude expert testimony by Abirimi Chidambaram (44-1). cc: USA, FPD, USM, USPO, MJ Branson, JC, Systems |
| 47 - 1 | 02/04/03 | DEF 1 motion on shortened time to reschedule TBJ (to 3/5/03) or in alt for scheduling & planning conference w/att aff |
| 48 - 1 | 02/04/03 | {SEALED} |
| 49 - 1 | 02/05/03 | {SEALED} |
| 50 - 1 | 02/05/03 | PLF 1 opposition to DEF 1 motion on shortened time to reschedule TBJ (to 3/5/03) or in alt for scheduling & planning conference (47-1) |
| 51 - 1 | 02/10/03 | {SEALED} |
| 52 - 1 | 02/10/03 | {SEALED} |
| 53 - 1 | 02/10/03 | [Re: DEF 1] JWS Order of excludable delay; crt found excludable delay under 3161(h)(1)(F) from 01/23/03 to 01/30/03 for a total of 7 days. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A02-0112--CR (JWS)
                              "USA V PUIPUIA ALAELUA"

                        In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 54 - 1 | 02/11/03 | [Re: DEF 1] JWS Minute Order granting motion on shortened time to reschedule TBJ or in alt for scheduling & planning conference (47-1). FPTC & TBJ are continued to 3/19/03. THe FPTC sill begin at 8:30 a.m. & TBJ will begin at 9:00 a.m.  cc: K. Feldis, K. McCoy, USM, USPO, JC, MJ Branson |
| 55 - 1 | 02/11/03 | [Re: DEF 1] PLF 1 opposition to defendant's request for preclusion orders. |
| 56 - 1 | 02/11/03 | [Re: DEF 1] PLF 1 Errata re: govt's oppo to def's request for preclusion orders w/att exh. |
| 57 - 1 | 02/11/03 | [Re: DEF 1] PLF 1 motion in limine to preclude def's reference to cooperation w/the State of AK. |
| 58 - 1 | 02/14/03 | [Re: DEF 1] PLF 1 motion in limine to exclude testimony of eyewitness expert  w/att exhs. |
| 59 - 1 | 02/20/03 | DEF 1 reply to opposition to to governments oppo to defs preclusion order requests. |
| 60 - 1 | 02/21/03 | DEF 1 opposition (response) to [Re: DEF 1] PLF 1 motion in limine to preclude def's reference to cooperation w/the State of AK (57-1). |
| 61 - 1 | 02/24/03 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion in limine to exclude testimony of eyewitness expert (58-1) w/att exhs. |
| 62 - 1 | 02/25/03 | RETURNED PER ORDER AT DKT 63:  DEF 1 Supplemental response re: [Re: DEF 1] PLF 1 motion in limine to exclude testimony of eyewitness expert (58-1) w/att aff. |
| 63 - 1 | 02/26/03 | [Re: DEF 1] JWS Minute Order directing clk to return original and cy of suppl brf at dkt 62 to def for non-compliance w/D.Ak.LR 7.1(h). cc: USA, FPD |
| 64 - 1 | 02/26/03 | [Re: DEF 1] JWS Order terminating in light of this order: motion in limine to preclude def's reference to cooperation w/the State of AK (57-1). cc: USA, FPD |
| 65 - 1 | 02/26/03 | [Re: DEF 1] JWS Minute Order setting Daubert hrg on 3/6/03 at 8:00 a.m. re: mot at dkt 58 and Dr. Loftus' qualifications. cc: USA, FPD, USM |
| 66 - 1 | 02/26/03 | DEF 1 motion for leave of court to file supplemental response to the government's motion to exclude testimony by Dr. Geoffrey Loftus w/att prop suppl. |
| 67 - 1 | 02/28/03 | [Re: DEF 1] JWS Minute Order granting motion for leave of court to file supplemental response to the government's mot in limine (66-1). cc: USA, FPD |
| 68 - 1 | 02/28/03 | DEF 1 Supplement response re: [Re: DEF 1] PLF 1 motion in limine to exclude testimony of eyewitness expert (58-1). |
| 69 - 1 | 03/03/03 | [Re: DEF 1] PLF 1 Application to use DEPS at evid hrg on 3/6/03. |
| 70 - 1 | 03/04/03 | DEF 1 Unopposed motion on shortened time to vacate March 6, 2003 Daubert hearing w/att aff. |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A02-0112--CR (JWS)
                            "USA V PUIPUIA ALAELUA"

                    In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 71 - 1 | 03/04/03 | DEF 1 Application to use Digital Evidence Presentation System (DEPS) at hrg on 03/06/03. |
| 72 - 1 | 03/05/03 | [Re: DEF 1] JWS Order granting appl to use DEPS at 3/6/03 evid hrg. cc: USA, FPD, Systems |
| 73 - 1 | 03/05/03 | [Re: DEF 1] JWS Order granting unoppo mot on shortened time to vacate 3/6/03 Daubert hrg (70-1). cc: USA, FPD, USM |
| 74 - 1 | 03/05/03 | [Re: DEF 1] JWS Minute Order terminating in light of this ord: mot in limine to exclude testimony of eyewitness expert (58-1). cc: USA, FPD |
| 75 - 1 | 03/11/03 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 76 - 1 | 03/11/03 | DEF 1 Notice of Intent to change plea; req that PCOP hrg be set on or after 3/14/03. |
| 77 - 1 | 03/18/03 | [Re: DEF 1] JWS Minute Order setting PCOP for 3/19/03 at 8:30 a.m.; 3/19/03 FPTC and TBJ vacated. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 78 - 1 | 03/19/03 | [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] re PCOP hrg hld 3/19/03; oral mot to continue hrg granted; COP hrg cont to 3/21/03 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson |
| 79 - 1 | 03/21/03 | [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] re: PCOP hrg held 3/21/03; def pled guilty to cts 1 and 2 of Indt; IOS set 5/30/03 at 8:00 a.m.. cc: USA, FPD, USM, USPO, MJ Branson |
| 80 - 1 | 05/22/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum w/att exhs. |
| 81 - 1 | 05/23/03 | {SEALED} |
| 82 - 1 | 05/30/03 | [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: IOS held 5/30/03; def sentenced to 117 mos (33 mos on ct 1; 84 mos on ct 2 to be served consec); 36 mos SR (36 mos on cts 1 and 2 to be served concur); $200.00 SA; $11,820.oo in restitution to David's Jewelers; interest on restitution waived; def remanded. |
| 83 - 1 | 06/02/03 | [Re: DEF 1] JWS Judgment pleaded guilty to count(s) 1,2 of the Indictment (1-1); sent 117 months (33 months ct 1, 84 months ct 2, consecutive); s/r 3 years; s/a $200, restitution $11,820, remanded to USM. cc: USA, USM, PO, FPD, def (by FPD), MJ Branson, FLU |
| 84 - 1 | 06/26/03 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 4 | 06/27/03 | Issued: writ of execution re: DEF 1. |
| 85 - 1 | 07/24/03 | [Re: DEF 1] Partial Transcript re: IOS held 5/30/03. |
| 86 - 1 | 10/30/03 | USM Return of svc on writ of garnishment on PFD re: DEF 1 partially satifying in the amount of $1105.56 (receipt # 00121670) on 8/13/03. |
| 87 - 1 | 12/08/03 | [Re: DEF 1] PLF 1 motion to release attached PFD funds. |
| 88 - 1 | 12/10/03 | [Re: DEF 1] JWS Order granting motion to release attached PFD funds (87-1). cc: USA, FPD, Finance |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0112--CR (JWS)
                              "USA V PUIPUIA ALAELUA"

                        In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 89 - | 1 | 04/22/04 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - | 5 | 04/26/04 | Issued: writ of execution re: DEF 1 on PFD. |
| 90 - | 1 | 01/14/05 | USM Return of svc on writ of execution re:DEF 1 on FPD not on file. |
| 91 - | 1 | 03/29/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 6 | 03/31/05 | Issued: writ of execution re: DEF 1 on PFD. |